UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Carolyn Rafaelian, *Individually, as Trustee and*
*Derivatively and derivatively on behalf of Cinerama*
*Jewelry, Inc. and Pentagon Properties, Inc.,*
The Carolyn A. Ferlise QSST Trust-1994,
The Carolyn A. Raelian Trust 2004

      v.                                               C.A. No. 1:26-cv-00293

Rebecca Rafaelian Caruolo, *Individually and*
*as Trustee of The Rebecca Rafaelian Caruolo*
*QSST 1994 Trust and The Rebecca Rafaelian*
*Caruolo Trust 2009,* Productive Collaboration, LLC,
Cinerama Jewelry, Inc., and Pentagon Properties, Inc.

## **Defendant Pentagon Properties, Inc.'s Motion to Dismiss**

Now comes Defendant Pentagon Properties Inc. (hereinafter "Pentagon") and hereby moves to dismiss Counts I, II, IV, VI, VII and VII (sic) of Plaintiffs' First Amended Complaint against Pentagon, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23.1.

As grounds therefore, Federal Rule of Civil Procedure 23.1 provides that "[t]he derivative action may not be maintained if it appears that the plaintiff does not fairly and adequately represent the interests of the shareholders or members who are similarly situated in enforcing the right of the corporation or association." The rule is designed to prevent self-interested shareholders from initiating litigation, ostensibly on behalf of a corporation, though seeking remedies that benefits the individual. Here, the Plaintiff seeks to terminate the existing leases as to Pentagon's properties – its sole source of income – so that one of her companies might occupy one of the then-vacated properties. The other property, now occupied by her mother, would presumably remain vacant until a renter more appealing to the plaintiff materialized and was willing to pay more than $5,000 per month to reside at 91 Tupelo Hill Drive in Cranston.

As grounds for this motion, Pentagon adopts and incorporates the reasoning set forth in Rebecca Rafaelian's ("Rebecca's") Motion to Dismiss, and particularly those arguments advanced in Sections C and D, and supplemental arguments expected to be advanced in Rebecca's Reply to Plaintiff's Objection to Motion to Dismiss.

For the foregoing reasons, Pentagon respectfully requests the dismissal, with prejudice, of all claims asserted by Plaintiffs against this defendant as set forth herein.

Respectfully Submitted,
Defendant,
PENTAGON PROPERTIES, INC.

/s/ Melody A. Alger
Melody A. Alger, Esquire, #4585
ALGER LAW LLC
1300 Division Road, Suite 206
West Warwick, RI 02893
(401) 277-1090
(401) 277-1094 – Fax
*malger@algerlaw.com*

## CERTIFICATION

I, the undersigned, hereby certify that on May 29, 2026, this document was filed electronically and is available for viewing and downloading from the ECF system and a copy will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ Melody A. Alger