UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

CAROLYN RAFAELIAN, INDIVIDUALLY and          :
as trustee of THE CAROLYN A. FERLISE QSST     :
1994 TRUST and THE CAROLYN A.                 :
RAFAELIAN TRUST 2004, and derivatively on     :
behalf of Cinerama Jewelry, Inc. and Pentagon :
Properties, Inc.                              :
                                              :
        *Plaintiffs,*                         :
                                              :
        v.                                    :      C.A. No.: 1-26-cv-00293
                                              :
REBECCA RAFAELIAN CARUOLO,                    :
individually and in her role as trustee of The :
Rebecca Rafaelian Caruolo QSST 1994 Trust and :
The Rebecca Rafaelian Caruolo Trust 2009,     :
PRODUCTIVE COLLABORATION, LLC,                :
CINERAMA JEWELRY, INC. (Nominal               :
Defendant), and PENTAGON PROPERTIES, INC.     :
(Nominal Defendant)                           :
                                              :
        *Defendants.*                         :

**DEFENDANT PRODUCTIVE COLLABORATION, LLC'S MOTION
TO DISMISS PLAINTIFF'S AMENDED VERIFIED COMPLAINT**

Defendant Productive Collaboration, LLC, d/b/a as Air and Anchor ("PCLLC"), for the

reasons set forth in the accompanying memorandum of law, moves, pursuant to Fed. R. Civ. Pro.

12(b)(6), for dismissal of all claims against PCLLC set forth in Plaintiff Carolyn Rafaelian's

Amended Verified Complaint.

WHEREFORE, PCLLC requests that the Court grant this Motion.

1

Respectfully submitted,
PRODUCTIVE COLLABORATION, LLC
By Its Attorneys,


*/s/ Christopher J. O'Connor*
Christopher J. O'Connor, Esq. (#5078)
Joseph V. Cavanagh, III, Esq. (#6907)
Blish & Cavanagh, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
Fax: (401) 751-7542
cjo@blishcavlaw.com
jvc3@blishcavalaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, the foregoing document was filed electronically and made available for viewing and downloading from the Court's Electronic Case Filing System by all counsel of record.

*/s/ Christopher J. O'Connor*

2